In the Matter of JOHN F. HICKS, an Attorney.— Motion to confirm report of official referee granted and respondent suspended from the practice of the law for a period of one year. Lazansky, P. J., Young and Seeger, JJ., concur; Rich, J., dissents; Scudder, J., dissents upon the ground that it does not appear from the record that a complete and detailed investigation of the affairs of the respondent was presented to the official referee.

GEORGE A. SCHRIEFER, Appellant, v. HEWLETT MANOR Co., INC., and Others, Defendants; THE BERGER MANUFACTURING COMPANY, Respondent.— Motion to dismiss appeal of plaintiff Schriefer denied, with ten dollars costs. The only appearances on the motion at Special Term were on behalf of Schriefer and the Berger Manufacturing Company. No other party is concerned with this appeal. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

KATHERINE ALCHERMES, as Administratrix, etc., of WILLIAM J. ALCHERMES, Deceased, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. It is not made to appear that the articles of which discovery and inspection is sought relate to the merits of the action or the defense therein. (*Matter of Burton*, 203 App. Div. 870.) Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

JOHN R. ARMSTRONG, Respondent, v. JOHN C. WATSON, Appellant.— Order denying defendant's motion for leave to serve an amended answer reversed upon the law, with ten dollars costs and disbursements, and motion granted, without costs. Though the allegations are none too satisfactory, giving the pleading a liberal interpretation and the benefit of every doubt, under it evidence may be adduced of a situation which would warrant a holding that there was a duty to speak. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

JOHN R. ARMSTRONG, Respondent, v. JOHN C. WATSON, Appellant.— Order granting motion for summary judgment and judgment entered thereon reversed upon the law and the facts and motion denied, costs to abide the event, upon the ground that there is an issue of fact to be tried. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

GEORGE A. BAHR, Respondent, v. JOHN SEAGER, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Examinations before trial in this class of cases are rarely necessary and should be granted only when it is shown that the evidence sought to be adduced at the examination is material and necessary upon the trial. (*Stogner v. Albright*, 219 App. Div. 748; *Wessel v. Schwarzler, No. 1*, 144 id. 587.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.